### JUSTUS ALLEN et al. vs. HOMER COLLINS, et al.

A *plaintiff in interest*, being a non resident, is required to file security for costs, where it appears the plaintiffs on the record are insolvent.

*Motion by defendants that security for costs be filed, &c.*—The motion in this case was on the part of the defendants; that *Alanson Allen*, the *plaintiff in interest*, file security for costs, and that all proceedings on the part of plaintiffs be stayed until such security be filed, &c. It appeared that the plaintiffs on the record had, prior to the commencement of the action, assigned the demand on which the suit was brought to Alanson Allen, a resident of the state of Vermont, that the suit was commenced by the directions of the latter and prosecuted for his benefit, and that the plaintiffs on the record are insolvent.

J. NEWLAND, *Defts Counsel.*          DEAN & NEWLAND, *Defts Atty.*

S. STEVENS, *Plffs Counsel.*          C. STEVENS, *Plffs Atty.*

Defendants insisted, that inasmuch as it is provided by 2 *R. S.* 515, § 47, that suits brought by an assignee or person beneficially interested in the recovery, is liable for costs to defendant if the suit fails, that the *plaintiff in interest* in this case, *being a non-resident*, should file security for costs, it being shown that plaintiffs on the record are insolvent.

BEARDSLEY, Justice.—Granted the motion, costs to abide the event.